IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTHONY HOWELL,

   Plaintiff,

    v.

DOUGLAS COUNTY SCHOOL
DISTRICT, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:07-CV-1873-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 19] of the Magistrate Judge recommending granting in part and denying in part the Defendant's Motion for Partial Judgment on the Pleadings [Doc. 6]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Partial Judgment on the Pleadings [Doc. 6] is GRANTED in part and DENIED in part.

SO ORDERED, this 16 day of April, 2008.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\07\Howell\r&r.wpd