IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANTHONY HOWELL,

   Plaintiff,

     v.

DOUGLAS COUNTY SCHOOL
DISTRICT, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:07-CV-1873-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 58] of the Magistrate Judge recommending denying the Plaintiff's Motion to Dismiss [Doc. 54] and granting the Defendants' Motion for Summary Judgment [Doc. 48] with respect to Counts One and Two and that Count Four be dismissed without prejudice. No objections to the Report and Recommendation have been filed. As set forth in the thorough and well reasoned Report and Recommendation, the Plaintiff has failed to show that the Defendants discriminated against him on the basis of his race in any of their employment decisions affecting him, including his ultimate termination. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiff's

Motion to Dismiss [Doc. 54] is DENIED. The Defendants' Motion for Summary Judgment [Doc. 48] is GRANTED. Count Four is dismissed without prejudice.

SO ORDERED, this 22 day of January, 2009.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge